UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-21017-CIV-GRAHAM/WHITE

DANIEL TREVINO,

    Plaintiff,

vs.

ROGER BROWNE, M.D., and
RICKY ROWE, L.P.N.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Pro Se Plaintiff Trevino's Motion for Summary Judgment [D.E. 40], and Defendant Ricky Rowe's Motion for Summary Judgment [D.E. 44].

On April 15, 2008, Pro Se Plaintiff Daniel Trevino filed this Complaint pursuant to 42 U.S.C. §1983, alleging inadequate medical care regarding a detached retina received at his former place of incarceration, Everglades Correctional Institution [D.E. 1]. Trevino names as a defendant Ricky Rowe, a Licensed Practical Nurse. The case was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 3]. On May 26, 2009, Plaintiff filed a Motion for Summary Judgment [D.E. 40]. Subsequently, Defendant filed a Motion for Summary Judgment on June 8, 2009 [D.E. 44].

On January 28, 2010, the Magistrate Judge issued a Report and

Recommendation recommending that Defendant's Motion for Summary Judgment be granted, and that Plaintiff's Motion be denied [D.E. 53]. On February 10, 2010, this Court granted Plaintiff's request for an extension to file objections [D.E. 55]. Plaintiff was given until March 23, 2010 to respond. The extension period has passed, and no objections have been filed.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [D.E. 53] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety.

It is further

**ORDERED AND ADJUDGED** that Defendant Rowe's Motion for Summary Judgment [D.E. 44] is **GRANTED**, and Plaintiff Trevino's Motion for Summary Judgment [D.E. 40] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of March, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Daniel Trevino, <u>Pro Se</u>
    All Counsel of Record