UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21017-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

DANIEL TREVINO, :

    Plaintiff, :

v. : REPORT RE GRANT OF MOTION
TO PROCEED IFP ON APPEAL
CIVIL RIGHTS
ROGER BROWNE, et al., (DE#67)
:

    Defendants. :
_____

The plaintiff has filed a motion to proceed *in forma pauperis* on appeal in this prisoner civil rights case (De#67). The motion has been referred to the Undersigned Magistrate Judge. The documentation required by law has been provided.

It is therefore recommended that the motion to proceed *in forma pauperis* be granted. (DE#67)

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 8TH day of July, 2010.

                                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE

cc:  Daniel Trevino, *Pro Se*
     DC #220956
     Century CI
     Address of Record

     Counsel of record