UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-21017-CIV-GRAHAM/WHITE

DANIEL TREVINO,

　　Plaintiff,

vs.

ROGER BROWNE, et al.,

　　Defendants.
_____/

ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 67].

THE MATTER was referred to the Honorable United States Magistrate Judge Patrick A. White on July 6, 2010 [D.E. 70]. On July 9, 2010, the Magistrate Judge issued a Report [D.E. 71] recommending that the Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 67] be granted. The parties have not filed objections to the Magistrate Judge's Report.

THE COURT has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge White's Report [D.E. 71] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 67] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of July 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Daniel Trevino, Pro Se